UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Ricardo Castro,

                Plaintiff(s),

-v-

Paul Stuart Inc.,

                Defendant(s).
------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 6451 (LTS)(THK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 13 2008

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
            August 12, 2008

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge